AO 91 (Rev. 11/11)   Criminal Complaint

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Oct 04, 2023

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:23-mj-656 |
| Jairo Jaime Tinajero | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  beginning in April 2023 through September 2023  in the county of  Jefferson  in the  Western  District of  Kentucky , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 844 | Interstate Threats |
| 18 U.S.C. 2251 | Production of Child Pornography |
| 18 U.S.C. 2261A | Stalking |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Brandi Fowler
*Complainant's signature*

Brandi Fowler, FBI Special Agent
*Printed name and title*

Sworn to before me by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 10/04/2023

*Judge's signature*

City and state: Louisville, Kentucky

Regina S. Edwards, Magistrate Judge
*Printed name and title*