AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Oct 05, 2023

| | |
|---|---|
| United States of America<br>v.<br><br>Jairo Jaime Tinajero<br><br>*Defendant(s)* | Case No.<br>3:23-mj-656 |

## AMENDED
## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **beginning in April 2023 through September 2023** in the county of **Jefferson** in the **Western** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875 | Interstate Threats |
| 18 U.S.C. 2251 | Production of Child Pornography |
| 18 U.S.C. 2422 | Online Enticement |
| 18 U.S.C. 2261A | Stalking |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Brandi Fowler
*Complainant's signature*

Brandi Fowler, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/05/2023

*Judge's signature*

City and state: Louisville, Kentucky
Regina S. Edwards, Magistrate Judge
*Printed name and title*